

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

New York
Regional Office

June 1, 2022

**Via ECF**
Hon. Jesse M. Furman
United States District Judge
Thurgood Marshall United States Courthouse
40 Centre Street, Room 2202
New York, NY  10007

    Re:    SEC v. Birnbaum; 21 Civ. 8047 (JMF)

Dear Judge Furman:

    We respectfully write to advise the Court that Defendant Birnbaum's sentencing in the parallel criminal action, United States v. Birnbaum, 21 Cr. 595 (PAC)(S.D.N.Y.) ("Criminal Action"), has been adjourned at Defendant's request until July 7, 2022.  See Criminal Action (DE 19).

    In this case, the Court had directed the parties to submit a joint letter after sentencing by June 15, 2022 to propose a plan for how this case will proceed.  (DE 20.) Since sentencing has been adjourned, if acceptable to the Court, the parties will now submit that letter on or before July 14, 2022.  We have consulted with Defendant Birnbaum's counsel, and he consents to the adjournment.

    Respectfully submitted,

    /s/  Nancy A. Brown
    Nancy A. Brown

    Attorney for Plaintiff, Securities and Exchange Commission

cc:    Samuel Braverman, Esq. (via ECF)
        Counsel for Defendant

Application GRANTED.  SO ORDERED.

June 2, 2022