

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

www.FBDMLaw.com
SBraverman@FBDMLaw.com

November 3, 2022

BY ECF
Hon. Jesse M. Furman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *SEC v. Jaeson Birnbaum*
Dkt:  21 Cv 08047 (JMF)

Dear   Judge Furman:

Defendant Jaeson Birnbaum, by his attorney Samuel M. Braverman, and with the consent of Plaintiff Securities and Exchange Commission, respectfully writes to provide a Status Report on this case, pursuant to the Court's September 7, 2022 Order (DE 28).

Commission counsel and Defendant Birnbaum have reached an agreement in principle to resolve this matter. The documents memorializing this agreement have been mailed to Mr. Birnbaum at his BOP facility and he has informed me that he has signed the documents and has placed them in the prison's mailbox for their return to me. Once they are received by me, I will execute them and forward them to Plaintiff's counsel.

Accordingly, the parties respectfully propose that we submit a further Status Report on or before January 9, 2023

Respectfully submitted,

*Sam Braverman*
Samuel M. Braverman, Esq.

CC:   All Parties by ECF

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

1086 Teaneck Road, Suite 3A
Teaneck, New Jersey 07666
Tel (201) 569-1595
Fax (201) 596-2724